**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.  18-CR-10** |
| | : | |
| **v.** | : | |
| | : | |
| **DONNELL DYSON** | : | |
| | : | |

**MOTION TO DISMISS WITHOUT PREJUDICE**

The United States respectfully moves the Court to dismiss the above-referenced case to include complaint, arrest warrant and/or indictment.  After further review, the United States, in the exercise of its discretion, has determined that this matter should be dismissed without prejudice.

WHEREFORE, the United States respectfully requests that this matter be dismissed without prejudice.

Respectfully submitted,
JESSIE K. LIU
UNITED STATES ATTORNEY

*/s/ Sara G. Vanore*

Sara G. Vanore
Assistant United States Attorney
(202) 252-7102

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this Motion to be served via ECF upon counsel of record, this 21st day of October, 2019.

*/s/ Sara G. Vanore*

Sara G. Vanore
Assistant United States Attorney